UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE GLASER,<br><br>  Petitioner,<br><br>  v.<br><br>JONATHAN RUSSELL LEGG, *et al.*,<br><br>  Respondents. | Civil Action No. 12-805 (CKK) |

**ORDER**
(March 11, 2013)

For the reasons stated in the accompanying Memorandum Opinion, it is, this 11th day of March, 2013, hereby

**ORDERED** that the Petitioner's [1] Verified Petition to Vacate Arbitration Award is DISMISSED WITH PREJUDICE as untimely.

IT IS **FURTHER ORDERED** that the Respondents' [7] Cross-Petition to Confirm Arbitration Award is GRANTED.  The February 16, 2012 Arbitration Award in FINRA Dispute Resolution Arbitration No. 11-01531, dismissing the Petitioner's claims with prejudice, is CONFIRMED.

IT IS **FURTHER ORDERED** that final judgment be entered in favor of the Respondents and against the Petitioner.

**SO ORDERED.**

*This is a final, appealable Order.*

                                                                       */s/*                                          
**COLLEEN KOLLAR-KOTELLY**
UNITED STATES DISTRICT JUDGE